# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO ORDAZ-MAGANA, | CASE NO. 06cv1536 BTM |
| Petitioner, | 05cr1996 BTM |
| vs. | **JUDGMENT** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Pursuant to the Court's order of March 14, 2007 denying Petitioner's motion for relief under 28 U.S.C. § 2255, the Court now enters final judgment dismissing the motion without prejudice.

**IT IS SO ORDERED.**

DATED:  March 14, 2007

Hon. Barry Ted Moskowitz
United States District Judge